FILED 1

VERDELL TERRIA JONES, ESTATE
Office of the Executrix
General Post Office
c/o 9378 Arlington Expressway 175
Jacksonville, Florida, near [32225-9998]
[Non-domestic].

2018 APR 11 PM 1:38

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

Case Number: 3:17-cr-58-J-39JBT,
17-7745

10, April, 2018

7015 3010 0001 1484 9518

## NOTICE OF ACCEPTANCE TO GENERAL EXECUTRIX'S OFFICE

From: Office of the General Executrix, VERDELL TERRIA JONES, ESTATE

To: Certificate of Service.

Subj: GRANTOR'S / TESTATOR'S ASSERTION OF RIGHT AND ACCEPTANCE TO OFFICE OF GENERAL EXECUTRIX AND CHIEF ADMINISTRATOR FOR THE ESTATE OF VERDELL TERRIA JONES.

Ref: A Last Will and Testament for VERDELL TERRIA JONES, ESTATE, filed at the COUNTY OF SUWANNEE Courthouse in Court Records Number or book 1936 page 440.

1. <u>Situation and purpose</u>. To confirm by acknowledgment the appointment of Verdell - Terria Jones, to the office of General Executrix and Chief Administrator for the Trust and all matters governing the Estate of VERDELL TERRIA JONES, as per the intentions of the Grantor and Testator's last will and testament filed within the Judicial Circuit, State of FLORIDA, and the COUNTY OF DUVAL Register / Recorder of Deeds.

1(a). Let it be known to all that by this duly recorded Notice that the Office of General Executrix for the VERDELL TERRIA JONES, Estate is hereby occupied, *Nunc Pro Tunc*.

1(b). The Divine Creator as Grantor/Creator of Verdell-Terria:Jones, the Triune of Body-Mind-Spirit as the original Trust Corpus, did gift, grant and convey the Divine Right of Use into Trust for Our Benefit.

1(c). As witnessed before all Heaven and Earth the Creator granted to Us at birth the immutable and irrevocable Rights over Our name, Our Free Will, Our flesh, Our energy, Our labor, Our mind, and Our Divine spirit. Verdell-Terria:Jones, the Triune of Body-Mind-Spirit with Authority and Dominium from the Divine Creator, do hereby pronounce, claim and occupy the Office of General Executor for the VERDELL TERRIA JONES, Estate, *Nunc Pro Tunc*.

1(d). As We have accepted the appointment of occupant of the Office of General Executrix-, no office, nor officers possess any lawful rights or Our recognition to continue as agents, administrators and guardians on Our behalf. Therefore, whether they had acted through an office of custodian, protector, steward, keeper, guardian, attorney-in-fact or any other title, We hereby pronounce their acts null and void, *Nunc Pro Tunc*.

1(e). As for any assumed filial claims of the State over Us, let it be known to all that We hereby disavow the State having any filial rights over Us for the first time; We disavow the State having any filial rights over Us for the second time; and We disavow the State has any filial rights over Us before the Divine Creator and all Heaven and Earth for the third and final time.

2. <u>Cancellation</u>. This assertion cancels, voids, rescinds, revokes, and repudiates all policy, statutes, contracts, and presumptions of presumed executorial or administrative authority. This appointment is valid from your receipt of this notice, *Nunc Pro Tunc*.

3. <u>Mission/Objective</u>. To publish and promulgate the Testator's and Grantor's Assertion of Right and affirming the office of General Executrix and Chief Administrator for the Estate of VERDELL TERRIA JONES / VERDELL T. JONES /VERDELL JONES, and every variation of an artificial entity, i.e., "Collective Entity," known herein both jointly and severally herein as the "Estate" while maintaining a peaceful relationship with those "in care of" persons, serving as trustees, fiduciaries, and public servants appointed by the Executrix to serve the interests of the Estate. Let it be known that I hereby appoint public servants: Judge for the UNITED STATES MIDDLE DISTRICT COURT FOR DUVAL COUNTY, FLORIDA Attorney General, <u>PAM BONDI FLORIDA ATTORNEY GENERAL</u>, the District Attorney's office for the COUNTY OF DUVAL, Governor of FLORIDA,RICK SCOTT, <u>GOVERNOR</u>, and KEN DETZNER Secretary of State, <u>FLORIDA SECRETARY OF STATE</u>, as fiduciaries over the Estate; and they are hereby ordered to withdraw all charges against the Estate, grant the Estate a full pardon of all charges against the Estate, and award the relief sought in Petitioner's Motion for Default Judgment which was filed in the Federal Court of the UNITED STATES MIDDLE DISTRICT Judicial Circuit, State of FLORIDA, on 04/11/ 2018. This is the said public servants only orders and responsibilities. Any other action is unauthorized and will be deemed null and void by this Court, which is the Executrix's Office. As the General Executrix, I, Verdell-Terria:Jones, give the said public servants 10 days to execute my orders. Failure to do so will result in breach of fiduciaries duties which is Trust Law, the highest law, being violated and total disregard towards the highest office which is the Office of General Executrix, the Court.

a. All officials and government servants have taken an oath. Even if they have not taken an oath on record, they have cashed a paycheck and accepted the responsibility. The fiduciary duty of all officials is to serve and protect the Estates and the occupant of the Executrix Office. A fiduciary responsibility is the highest responsibility in law.

4. <u>Execution</u>. As of the date of this notice, Verdell-Terria:Jones, who is a Moor, possessing Free-hold by inheritance and Primogeniture Status, a natural person, identified in the Will, assumes the Office of General Executrix and Chief Administrator for the Estate and is granted full faith and credit to execute the duties of this office as outlined in the Will.

5. <u>Administration</u>.

    a. All Courts of Record, Courts of Equity, Administrative Courts, Legislative Courts, and the Officers of Public Trust have a duty and responsibility to acknowledge the Office of General Executrix and Chief Administrator for all matters regarding administration of claims against VERDELL TERRIA JONES, VERDELL T. JONES, VERDELL JONES, and any and all spelling variations of the said Estate.

    b. Any use or reference to the title Verdell-Terria:Jones by the Executrix or Chief Administrator, including the titles, The Governor/Grantor/Executor/ Director/Sole Beneficiary/Sole Shareholder/Chief Executive Officer/Guardian, in any format and/or rendering is always to refer to the General Executrix's Office.

    c. The Chief Administrator and General Executrix is not subject to lien, levy, submission to jurisdiction, or acquisition at any moment or in any situation, and shall enjoy all privileges, benefits, and immunities afforded by the United States Constitution, Treaty of Peace, and the Will.

    d. The Chief Administrator and General Executrix is not a public servant and any claim to the contrary must be proven by payroll records to include, alleged public servant title, and sworn under the penalty of perjury and under full commercial liability. The Grantor claims common law jurisdiction at every moment and at all time(s).

    e. The Grantor waives all compelled benefits of every type and kind.

    f. Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn written affidavit sworn to under penalty of perjury with an assessment of $1,000,000.00 for each issue and occurrence of perjury/false and misleading information, and/or unproven misleading statements or assertions. No other refuting documents will be accepted. Failure to respond within 10 days will be agreement and estoppel.

    g. <u>Claims against the Estate</u>. All claims against the Estate for payment or usage of credits or interest of any kind and in any amount, whether it be for tax, or fee, or collection, or charge, or discharge, ***shall not be paid***, without being presented to the office of General Executrix for approval.

    (1) When approval is given for administration or probation of the Estate, it shall be made evident in writing by this office, and as per requirement, anyone who claims authority to act on behalf of the estate shall be required to be in possession of the letter affirming the Fiduciary authority to do so. Continuing unauthorized use of credits or interests without express consent

and upon being noticed by this order constitutes fraud against the estate, and the committing of perjury by the individuals acting.

    h. <u>Notice to Trustees and Fiduciaries.</u> Trustees and Fiduciaries may not assert any management power over the Estate without delegation in writing by authority from this office. Fiduciaries shall at no time improperly use the Estates money, assets, property, services, or credit in the performance of, or as a result of, their official duties for activities that have not been approved by this office.

    i. <u>Notice to Public Officials and Trustees.</u>

    (1) Every person who, under color of law, or any statute, ordinance, regulation, custom, or usage, of any state or territory, interferes, obstructs, deprives any rights, privileges, or immunities of the Estate shall be liable to the Estate without immunity in an action at suit or other proper proceeding for redress.

    (2) Public officials wishing to present a claim against the Estate shall, in accordance with the law and administrative policy established by this office, comply with requirement to disclose personal assets and liabilities as well as those of their spouses and/or dependents to the administration office of the Estate.

    j. <u>Response to this Notice.</u> Response is not required; however, any response received of which purports the inability or refusal to perform in accordance with the guidance set forth in this notice must be submitted to our office including a signed PSQ1 or with affirmation signed under penalty of perjury in accordance with requirements set forth in the Privacy Act of 1974 (Public Law 93-579) which shall serve to ensure high standards of honesty, impartiality, moral character, and honorable conduct as in accordance with Title 5 CFR Part 735. The Estate is relying on your silence as consent and assent to bind this agreement and the duties and obligations set forth herein.

## **MEMORANDUM OF LAW**

1) The Executrix Office is the "Court" as the Sovereign is in equality. Definition of Court in the Black's Law Dictionary, 4th edition, states that, "The Sovereign with their real retinue - wherever they may be – is the Executrix Office."

2) The Executrix Office always deals with the administrative office because the Executrix's Office is a Court. It is an administrative office, but it is a judicial office, also.

3) The Executrix Office is or appears to be as high or higher than the term of Sovereign, i.e. ruler, Pope, King, or any other illusion of Man's superiority as some understand it; therefore, the Executrix Office has no reason or need to ever consider a legal action from a lower system as the Office has the authority to submit either an order or request to lower office enforcement holders to perform corrective actions.

**EXECUTRIX:**
(a) "**General Executrix.** A general executor is one who is appointed to administer the whole estate without any limit of time or place or of the subject matter." *[Bouvier's Law Dictionary, 1856 edition]*
(b) "**General Executrix.** One whose power is not limited either territorially or as to the duration or subject of his trust." *[Black's Law Dictionary, 1st Ed.]*
(c) "**Executrix.** He to whom another commits by will the execution of his last will and testament." *[William C. Anderson, A Dictionary of Law (1893)]*
(d) "**General Executor.** An executor whose power is unlimited as to time, place, or subject matter." *[William C. Anderson, A Dictionary of Law (1893)]*
(e) "**Executor De Son Tort**: Executor of his own wrong. A person who assumes to act as executor of an estate without any lawful warrant or authority but who, by his intermeddling, makes himself liable as an executor to a certain extent. If a stranger takes upon him to act as executor without any just authority, (as by intermeddling with the goods of the deceased, and many other transactions,) he is called in law an 'executor of his own wrong', de son tort. 2 Bl. Comm. 507." *[Black's Law Dictionary, 1st Ed.]*
(f) "**Probate:** The actor process of proving a will. The proof before an ordinary, surrogate, register, or other duly authorized person that a document produced before him for official recognition and registration and alleged to be the last will and testament of a certain deceased person is such in reality." *[Black's Law Dictionary, 4th Ed.]*
(g) "**Estate:** The word 'estate' is a word of the greatest extension and comprehends every species of property, real and personal. It describes both the *corpus* and the extent of interest. …It signifies everything of which riches or fortune may consist." *[Black's Law Dictionary, 4th Ed.]*

G (1) The Estate is in the nature of a trust but is not a trust. The Estate is subject to trust law and is affected by probate law. Probate Law is the highest form of law. Scripture is trust and estate law and trumps all other law, i.e., Treaty, Civil, Criminal, Law of Nations, Domestic, Probate, Equity. It is just made-up rules for the world game for lawyers to control everything. True law has to be simple and must work equally for everyone, i.e., equality.

G (2) The Estate is a realm of action that is a combining of the physical and spiritual aspects of each individual. The Estate is older than any form of law or legal issue that is in or around the world today and has been passed down through generations, having come from God. As such, no form of law, other than scripture, can access or penetrate the truth of the Estate.

G (3) A trust is a contract and pursuant to US Constitution, Article 1, Section 10, "No state shall pass any law impairing the obligation of contracts." In essence, an Estate or trust (contract) is private law between the parties thereto. No one, not even the courts, have the authority to look into the business of the Estate.

G (4) The courts do not have jurisdiction (in personam or subject matter) over the Estate. The only probate court possible to bring a claim into is the one described on the Birth Certificate of VERDELL TERRIA JONES, ESTATE.

G (5) By using the words "Executor" or "Estate" I, Verdell Terria Jones, am the Creditor. Creditors have immunity from the debtor.

**G (6)** Notice is hereby given by the General Executrix and Guardian of the Estate, no other office, nor other officer except those duly appointed by the General Executrix and Guardian possesses any lawful rights or authority as an agent, administrator, trustee or guardian of the Estate. Therefore, whether or not a person has acted for the Estate through a position of custodian, protector, steward, keeper, guardian, attorney-in-fact, or any other title or capacity; we hereby pronounce any and all assumed authority and all positions who have acted, now and then, without written consent or proof of a deceased Estate, as De Son Tort; thereby, making any and all acts and liabilities null and void, *Nunc Pro Tunc*. Any administration on the Estate of a living person is void; especially, if it be made to appear that the person was in fact alive at the time administration was granted, the administration is absolutely void.

**G (7)** The ALL CAPS NAME is foreign to the US and the States. It is immune under the Foreign Immunities Act because it is a creditor. In 28 USC 1300, *et al* (FSIA), "Foreign State" means "Foreign Estate."

Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn written affidavit under penalties of an assessment of $1,000,000.00 for each issue and occurrence of perjury/false and misleading information, and or unproven misleading statements/assertions. No other refuting documents will be accepted. Failure to respond within 10 days will be agreement and estoppel.

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS.**

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL.**

**CERTIFICATION OF SPECIAL ACKNOWLEDGMENT.**

I, Verdell-Terria:Jones, attest and affirm that the aforementioned is true and correct, attested to and submitted by The Chief Administrator / Grantor / Settlor / Creditor, Verdell-Terria:Jones, a living, breathing, self-aware Man, not deceased, who is also the Executor / Director / Sole Beneficiary / Sole Shareholder / Chief Executive Officer of any associated Trust, Estate, Legal Name, State (Foreign or otherwise) and/or corporation of the Legal Person known by, referred to or rendered as VERDELL TERRIA JONES.

I further acknowledge that this is an act of my free will and Deed to execute my acknowledgement of my acceptance of the trust/real property/Estate as well as lawful control of the real- property/Estate/Corporation/Trust, be it said, be it documented done in/on/and for the record, in this lawful court of record on this 9th day of April, 2018.

Respectfully submitted,

By: Executrix _[signature]_

VERDELL TERRIA JONES, ESTATE
Office of the Executrix,
General Post Office,
c/o 9378 Arlington Expressway, 175
Jacksonville [Non-domestic], Florida, near [32225-9998].

## **VERIFICATION**

STATE OF FLORIDA            )
                            )            SS: <u>NOTICE</u>
COUNTY OF DUVAL             )

Pursuant to title 28 USC Section 1746 (1) and executed "Without the United States", I, **Verdell Terria Jones**, affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my belief and informed knowledge.

Signed on this 9th day of April, 2018 by the undersigned authority:

Respectfully submitted,

By: Executrix _____

VERDELL TERRIA JONES, ESTATE
Office of the Executrix,
General Post Office,
c/o 9378 Arlington, Expressway 175
Jacksonville [Non-domestic], Florida, near [32225-9998].

## **NOTICE**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notarization is verification and identification only and not for entrance into any foreign jurisdiction.

**Jurat**

Duval County                        )
                                    )   ss:
Florida Republic                    )

Subscribed and affirmed before me this __9__ day of __April__, 2018.

_____            (seal)   Notary Public State of Florida
Notary Signature                             Andrey M Fermil
                                             My Commission GG 087691
                                             Expires 06/09/2021

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by US Mail to: the Clerk of the UNITED STATES MIDDLE DISTRICT COURT for the COUNTY OF DUVAL, the District Attorney's Office for the Circuit I.D. JUDICIAL CIRCUIT, the Attorney General for the STATE OF FLORIDA, the Secretary of State for the STATE OF FLORIDA, Governor RICK SCOTT's office, and all public servants that I have appointed as trustees/fiduciaries; on this 9TH day of April, 2018.

Respectfully submitted,

By: Executrix _[signature]_
VERDELL TERRIA JONES, ESTATE
Office of the Executrix,
General Post Office,
c/o 9378 Arlington Expressway, 175
Jacksonville [Non-domestic], Florida, near [32225-9998].