UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:17-cr-58-J-39JBT

VERDELL TERRIA JONES

**UNITED STATES' MOTION FOR AN ORDER TO SHOW CAUSE RE: REVOCATION OF DEFENDANT'S BOND**

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to 18 U.S.C. § 3148(b), moves this Court for an arrest warrant and an order for the defendant to appear at a show cause hearing to evaluate whether there is cause for her pre-trial release to be revoked, and in support thereof, submits the following:

Factual Summary

1. On April 5, 2017, a grand jury returned a ten count Indictment against the defendant. (Doc. 1) On April 11, 2017, United States Magistrate Judge Joel B. Toomey appointed the Federal Public Defender to represent the defendant. (Doc. 10)  Mark Rosenblum, Esq., subsequently made his appearance on behalf of the Federal Public Defender. On or about April 13, 2017, defendant was released on pre-trial bond in this case pursuant to 18 U.S.C.§ 3142. (Doc. 16)

2. On May 3, 2017, June 26, 2017, and June 28, 2017, United States Magistrate Judge Joel B. Toomey conducted a hearing, pursuant to *Faretta v. California*, 95 S. Ct. 2525 (1975), and considered the factors outlined in *U.S. v. Cash*, 47 F.3d 1083 (11th Cir. 1995). (Doc. 51) Thereafter, the Court granted the defendant's request to represent herself and also appointed Mr. Rosenblum as stand-by counsel. (Docs. 19, 51)

3. On April 3, 2018, United States Magistrate Judge Joel B. Toomey issued an Order granting the United States' oral motion for a Competency Evaluation. (Docs. 130, 147) The Order directed in part that Dr. Saqib conduct a competency evaluation at the Federal Public Defender's Office, 200 W. Forsyth Street, Suite 1240, Jacksonville, Florida 32202 on April 19, 2018 at 10:00 a.m. (Doc. 147, pg. 9) The Order further directed that "[a] copy of this Order shall be personally served on the Defendant, Verdell Terria Jones, by the United States Marshal or his duly authorized representative." (Doc. 147, pg. 10)

4. On April 9, 2018, the United States Clerk of the Court docketed "United States Marshals Service Form USM-285" (Form). (Doc. 148) The Form in part states "I hereby certify and return that I[1] have personally served … the process described on the individual …, at the address shown above …." *Id.*

5. Contrary to the Court's Order, the defendant failed to show for the competency evaluation on April 19, 2018.

---

1 In between the word "I" and "have" is a box with a checkmark. (Doc. 148)

Memorandum of Law

Title 18 U.S.C. § 3148(b) provides for the initiation of proceedings for revocation of an order of release by the filing of a motion by an attorney of the Government. In this case, the defendant failed to comply with an Order of this Court that required her to attend a competency evaluation. The undersigned counsel for the United States accordingly requests that the Court order that the defendant appear before the Court and show cause why her bond should not now be revoked and that an arrest warrant be issued for the defendant.

WHEREFORE, the United States respectfully requests that the Court grant the above relief.

                Respectfully submitted,

                MARIA CHAPA LOPEZ
                United States Attorney

By:   *s/ Kevin C. Frein*
       KEVIN C. FREIN
       Assistant United States Attorney
       Florida Bar No. 0149144
       300 North Hogan Street, Suite 700
       Jacksonville, Florida   32202-4270
       Telephone:  (904) 301-6300
       Facsimile:   (904) 301-6310
       E-mail:       kevin.frein@usdoj.gov

U.S. v. VERDELL TERRIA JONES         Case No. 3:17-cr-58-J-39JBT

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Mark Rosenblum, Esquire
> (Standby counsel for Verdell Terria Jones).

I hereby certify that on April 24, 2018, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

> Verdell Terria Jones
> PRO SE
> C/O Courtney Brown
> 1780 Leon Road #2212
> Jacksonville, Florida 32246.

I hereby certify that on April 24, 2018, a true and correct copy of the foregoing document and the notice of electronic filing was sent by hand delivery to the following non-CM/ECF participant:

>James Haskett
>U.S. Pretrial Services Officer.

>*s/ Kevin C. Frein*
>KEVIN C. FREIN
>Assistant United States Attorney
>Florida Bar No. 0149144
>300 North Hogan Street, Suite 700
>Jacksonville, Florida   32202-4270
>Telephone:  (904) 301-6300
>Facsimile:   (904) 301-6310
>E-mail:       kevin.frein@usdoj.gov